

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARNELL HICKS AND ANTHONY GRINSTON                                     PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:03cv1066WS

SAFEWAY INSURANCE COMPANY AND
SANDRA REDD, INDIVIDUALLY AND IN THE
COURSE AND SCOPE OF HER EMPLOYMENT
WITH SAFEWAY INSURANCE COMPANY; AND
JOHN AND JANE DOES 1-10                                                DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

THIS DAY this cause having come on for hearing on the joint motion of the parties <u>ore tenus</u> for dismissal with prejudice, and the Court, being advised that the above styled and numbered cause has been compromised and settled,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause be and it is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** on this the 14th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
DARRYL M. GIBBS
ATTORNEY FOR PLAINTIFFS

_____
PHILIP W. GAINES
ATTORNEY FOR DEFENDANTS